# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Joseph Wayne Menard, ) | Case No. 1:19-mj-048 |
| ) | |
| Defendant. ) | |

The arrest warrant for Defendant (Doc. No. 5) is **QUASHED**. In lieu of a warrant, the court has directed that a summons for Defendant be issued. (Doc. No. 6).

**IT IS SO ORDERED.**

Dated this 7th day of November, 2023.

                                        */s/ Clare R. Hochhalter*
                                        Clare R. Hochhalter, Magistrate Judge
                                        United States District Court